### FRED GUY v. THE STATE.

No. 9050. Delivered May 13, 1925.

**Manufacturing Intoxicating Liquors—Evidence Sufficient.**

Where appellant has entered a plea of guilty, and no errors are presented in the record, the cause is affirmed.

Appeal from the District Court of Polk County. Tried below before the Hon. J. L. Manry, Judge.

Appeal from a conviction for manufacturing intoxicating liquor; penalty, one year in the penitentiary.

No brief filed by appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—Convictions is for manufacturing intoxicating liquor. Punishment, one year in the penitentiary.

Defendant entered his plea of guilty under all the formalities required by the statute. The plea was a confession of guilt. After hearing the evidence the jury assessed his punishment.

We observe nothing in the record that calls for disturbing the judgment and an affirmance is ordered.

*Affirmed.*